This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                              **NO. A-1-CA-36577**

**FREDDIE LAMAR LITTON,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Cristina T. Jaramillo, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Kathleen T. Baldridge, Assistant Appellate Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**VANZI, Chief Judge.**

{1}     Defendant has appealed from convictions for possession of a controlled substance, tampering with evidence, possession of drug paraphernalia, and resisting,

evading, or obstructing an officer. Most recently, we issued a second notice of proposed summary disposition in which we proposed to reverse the conviction for possession of drug paraphernalia, and to affirm the other convictions.

{2}     Defendant has filed a response with this Court indicating that he continues to oppose our proposed summary disposition with respect to the convictions for possession of a controlled substance, tampering with evidence, and resisting, evading, or obstructing an officer; however, he agrees with our proposed reversal of the conviction for possession of drug paraphernalia.  The State has filed no responsive memorandum.

{3}     Accordingly, for the reasons previously stated, we affirm in part and reverse in part.

{4}     **IT IS SO ORDERED.**


_____
**LINDA M. VANZI, Chief Judge**

**WE CONCUR:**


_____
**MICHAEL E. VIGIL, Judge**


_____
**HENRY M. BOHNHOFF, Judge**